**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | |
|---|---|
| Gregory G. and Tommie S. Tank, ) | |
| ) | |
| Plaintiffs, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Burlington Resources Oil and Gas ) | |
| Company LP, and Murex Petroleum ) | |
| Corporation, ) | |
| ) | Case No. 4:10-cv-088 |
| Defendants. ) | |

Before the court are motions for attorneys Anthony J. Shaheen and Christopher A. Chrisman to appear *pro hac vice* on behalf of Defendant Burlington Resources Oil and Gas Company, LP (hereinafter referred to as "Burlington Resources"). In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Anthony J. Shaheen and Christopher A. Chrisman have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 9 and 10 ) are **GRANTED**. Attorneys Anthony J. Shaheen and Christopher A. Chrisman are admitted to practice before this court in the above-entitled action on behalf of Burlington Resources.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge