**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Greggory G. and Tommie S. Tank, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Burlington Resources Oil and Gas, | ) | |
| Company, LP, and Murex Petroleum | ) | |
| Corporation, | ) | |
| | ) | Case No. 4:10-cv-088 |
| Defendants. | ) | |

___

On April 20, 2011, the court held a telephone conference with the parties to discuss plaintiffs' pending motions for a preliminary injunction and declaratory judgment. Pursuant to the court's discussions with the parties, they shall have until May 6, 2011, to supplement to their respective briefs in support of and opposition to the aforementioned motions.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge