IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Greggory G. and Tommie S. Tank, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>Burlington Resources Oil and Gas Company LP, Murex Petroleum Corporation, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) **ORDER** <br><br><br><br>Case No. 4:10-cv-088 |

　　　　The court held a status conference in the above-entitled action on January 19, 2012. Pursuant to the parties discussions, it is **ORDERED**:

　　1.　The jury trial set for April 16, 2012, is rescheduled for March 18, 2013, at 9:30 a.m. in Bismarck before the undersigned. A five (5) day trial is anticipated; and

　　2.　The final pretrial conference set for April 10, 2012, is rescheduled for March 6, 2013, at 1:30 p.m. by telephone before the undersigned. The court shall initiate the conference call.

　　Dated this 19th day of January, 2012.

　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court