# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Greggory G. and Tommie S. Tank | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Burlington Resources Oil and Gas Company LP, Murex Petroleum Corporation, | ) ) ) | Case No. 4:10-cv-088 |
| | ) | |
| Defendants. | ) | |

The court held a status conference in the above-entitled action on January 19, 2012. Pursuant to the parties discussions, it is **ORDERED**:

1. The jury trial set for April 16, 2012, is rescheduled for March 18, 2013, at 9:30 a.m. in Bismarck before the undersigned. A five (5) day trial is anticipated; and

2. The final pretrial conference set for April 10, 2012, is rescheduled for March 6, 2013, at 1:30 p.m. by telephone before the undersigned. The court shall initiate the conference call.

Dated this 19th day of January, 2012.

                                        */s/ Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr., Magistrate Judge
                                        United States District Court