# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Greggory G. and Tommie S. Tank, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **TO AMEND JOINT** |
| vs. | ) | **SCHEDULING/DISCOVERY PLAN** |
| | ) | |
| Burlington Resources Oil and Gas, | ) | Case No. 4:10-cv-088 |
| Company, LP, and Murex Petroleum | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

___

Before the court is an Amended Joint Scheduling/Discovery filed November 27, 2012. The court **ADOPTS** the stipulation (Docket No. 76) and **ORDERS** that the Amended Joint Scheduling/Discovery Plan be amended as follows:

2. The parties shall have until January 1, 2013 to complete fact discovery and to file discovery motions.

3. The parties shall proved the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: The Plaintiffs will identify the names and subject matter of experts and provide expert reports by December 1, 2012. The Defendants will identify the names of subject matter of experts and provide expert reports by December 15, 2012.

4. The parties shall have until January 1, 2013 to complete expert discovery.

Dated this 3rd day of December, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge