IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Greggory G. and Tommie S. Tank, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **TO AMEND JOINT** |
| vs. | ) | **SCHEDULING/DISCOVERY PLAN** |
| | ) | |
| Burlington Resources Oil and Gas, | ) | Case No. 4:10-cv-088 |
| Company, LP, and Murex Petroleum | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

___

Before the court is an Amended Joint Scheduling/Discovery filed November 27, 2012. The court **ADOPTS** the stipulation (Docket No. 76) and **ORDERS** that the Amended Joint Scheduling/Discovery Plan be amended as follows:

2. The parties shall have until <u>January 1, 2013</u> to complete fact discovery and to file discovery motions.

3. The parties shall proved the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: The Plaintiffs will identify the names and subject matter of experts and provide expert reports by <u>December 1, 2012</u>. The Defendants will identify the names of subject matter of experts and provide expert reports by <u>December 15, 2012</u>.

4. The parties shall have until <u>January 1, 2013</u> to complete expert discovery.

Dated this 3rd day of December, 2012.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge