IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Greggory G. Tank and Tommie S. Tank, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Murex Petroleum Corporation and | ) | |
| Burlington Resources Oil and Gas | ) | |
| Company LP, | ) | |
| | ) | Case No. 4:10-cv-088 |
| Defendants. | ) | |

Before the court is Defendant Burlington Resources Oil and Gas Company LP's motion for attorney Keeya M. Jeffrey to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Keeya M. Jeffrey has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendant's motion (Docket No. 81) is **GRANTED**. Attorney Keeya M. Jeffrey is admitted to practice before this court in the above-entitled action on behalf of Defendant Burlington Resources Oil and Gas Company LPs.

**IT IS SO ORDERED.**

Dated this 17th day of December, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge