**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Greggory G. and Tommie S. Tank, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **TO DEPOSIT PROCEEDS** |
| vs. | ) | |
| | ) | |
| Burlington Resources Oil and Gas, | ) | Case No. 4:10-cv-088 |
| Company, LP, and Murex Petroleum | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the court is a "Stipulation to Deposit Proceeds" filed December 21, 2012. The parties seek leave to deposit as non-interest bearing funds in the court's registry all royalty checks that plaintiffs Greggory and Tommie Tank receive for the Lassen well from December 21, 2012 until the issue of lease cancellation is resolved by this court.

The court **ADOPTS** the stipulation (Docket No. 83) and **ORDERS** the royalty checks deposited as follows:

1. The checks shall be sent to the United States District Court, Clerk of Court, 220 East Rosser Ave., PO Box 1193, Bismarck, North Dakota 58502.

2. The checks shall be made payable to the "Clerk, US District Court ND."

3. The checks shall include a reference to the case number.

4. The checks shall be deposited by the Clerk as non-interest bearing funds in the local registry of the court.

1

Dated this 27th day of December, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge