**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Greggory G. and Tommie S. Tank, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Burlington Resources Oil and Gas Company LP, and Murex Petroleum Corporation, | ) ) ) | Case No. 4:10-cv-088 |
| | ) | |
| Defendants. | ) | |

On January 31, 2013, the plaintiff, defendant Murex Petroleum Corporation ("Murex"), and Farm Credit Services of North Dakota ("FCS") filed stipulation compelling production of certain documents and electronically stored information from FCS.

The court **ADOPTS** the stipulation (Docket No. 98) and **ORDER**S that, within seven (7) days of this order, FCS shall provide to counsel for Murex copies of the documents and electronically stored information referenced in subparagraphs (a) through (i) of the stipulation. Murex, within seven (7) days of receipt of these documents and information, shall reimburse FCS for its reasonable costs and expenses associated with the copying and production of the requested documents and information. Murex shall be responsible for serving a copy of this order on FCS.

Dated this 1st day of February, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court