IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Greggory G. and Tommie S. Tank, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Burlington Resources Oil and Gas Company LP, and Murex Petroleum Corporation, | ) ) ) | Case No. 4:10-cv-088 |
| | ) | |
| Defendants. | ) | |

On January 3, 2013, Murex filed a motion seeking leave to voluntarily dismiss its counterclaim against plaintiffs without costs or attorney's fees pursuant to Fed. R. Civ. P. 41(a)(2) On January 28, 2013, the court issued an order granting Murex's motion and dismissing its counterclaim with prejudice and without costs or fees to any of the parties.

On January 30, 2013, plaintiffs filed a motion to modify the court's order of January 28, 2013. Plaintiffs advise that, when the court issued its order, the parties were in the process of preparing a stipulation for to the dismissal of Murex's counterclaim with the caveat that plaintiffs were reserving their right to revisit the issue of attorney's fees at a later date.

On February 1, 2013, the court held a status conference with the parties. At the close of the conference, Murex confirmed that the parties has agreed to the dismissal of its counterclaim with the understanding that the issue of plaintiff's entitlement to attorney's fees would remain open.

Accordingly, plaintiffs' motion to modify the court's order dismissing Murex's counterclaim (Docket No. 94) is **GRANTED**. The court's order of January 28, 2013, dismissing Murex's counterclaim shall be amended as follows. Murex's counterclaim is **DISMISSED** without

prejudice.  However, the issue of whether plaintiffs are entitled to recover costs and attorney's fees they may have incurred in connection with the counterclaim shall be preserved for a later determination.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2013.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court