IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Greggory G. and Tommie S. Tank, | ) |
| Plaintiffs, | ) |
| vs. | ) **ORDER** |
| Burlington Resources Oil and Gas Company LP, and Murex Petroleum Corporation, | ) Case No. 4:10-cv-088 |
| Defendants. | ) |

The court convened a status conference with the parties by telephone on February 1, 2013. Attorneys Derrick Braaten and Lindsey Nieuwsma appeared on plaintiffs's behalf. Attorney Amy De Kok appeared on behalf of Defendant Murex Petroleum Corporation ("Murex"). Attorney Anthony Shaheen appeared on behalf of Defendant Burlington Resources Oil and Gas Company, LP.

Pursuant to the parties' oral stipulation on the record, the court **ORDERS**:

1. Plaintiffs may cash any checks they have received for royalties on the Lassen Well. The cashing of such checks will not constitute a waiver of any claim for relief and will not otherwise be used against them in this litigation.

2. Royalty checks otherwise may otherwise continued to be deposited in the court's registry in accordance with the court's order of December 27, 2012, pending a final resolution of this case.

Dated this 5th day of February, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court