**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Greggory G. and Tommie S. Tank, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE STIPULATION** |
| | ) | **TO BENCH TRIAL** |
| vs. | ) | |
| | ) | |
| Burlington Resources Oil and Gas, | ) | Case No. 4:10-cv-088 |
| Company, LP, and Murex Petroleum | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

_____

The court held a telephonic status conference in the above-captioned case on April 10, 2013. During the conference call, the parties agreed to a continuance of trial and stipulated to a bench trial on all issues. Pursuant to that agreement, the court will reset the jury trial currently scheduled for May 13, 2013, as a three-day bench trial beginning July 9, 2013. If the court's understanding of the parties' agreement is incorrect, any objecting party shall immediately file an appropriate motion with the court.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2013.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge