**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Greggory G. and Tommie S. Tank, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Burlington Resources Oil and Gas | ) | |
| Company, LP, and Murex Petroleum | ) | |
| Corporation, | ) | |
| | ) | Case No. 4:10-cv-088 |
| Defendants. | ) | |

_____

Before the court is a Stipulation filed by the parties on July 26, 2013. They request additional time to respond to the court's directive in section V2 of its July 16, 2013, order. The court ADOPTS the parties' Stipulation (Docket No. 133). The parties shall have until July 31, 2013, to apprise the court of any disputes regarding amounts of royalty and interest paid for the King Canyon and Lassen Wells as required by section V2 of the court's July 13, 2013, order.

**IT IS SO ORDERED.**

Dated this 29th day of July , 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court