# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Greggory G. Tank and Tommie S. Tank, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Burlington Resources Oil and Gas Company LP, and Murex Petroleum Corporation, | ) ) ) | Case No. 4:10-cv-088 |
| | ) | |
| Defendants. | ) | |

Before the court is a Stipulation for Dismissal of Crossclaim with Prejudice filed by Defendants Murex Petroleum Corporation ("Murex") and Burlington Resources Oil and Gas Company ("Burlington"). The court **ADOPTS** defendants' stipulation (Docket No. 157). Murex's Crossclaim against Burlington is dismissed with prejudice. Murex and Burlington shall bear their own costs and attorneys' fees incurred in relation to the Crossclaim.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court